IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JUAN VILLATORO, individually and on behalf of other employees similarly situated, Plaintiff<br>v.<br>OLIVERII CORPORATION and ALBERTO OLIVERII, individually, Defendants | Case No. 15-cv-5583<br>Judge Shah |

## JOINT STIPULATION TO DISMISS

IT IS HEREBY STIPULATED AND AGREED by and between the parties to the above entitled action, by their respective attorneys and/or otherwise, and pursuant to Fed. R. Civ. P. 41(a)(1), the following:

1. The parties have reached a settlement of the above-captioned action.

2. The parties therefore stipulate that this matter shall be dismissed in its entirety, **without prejudice**, with each party incurring its own attorneys' fees and costs, except as otherwise provided for by the parties' settlement agreement.

3. On February 13, 2016, absent a motion by either party to enforce the settlement agreement, the dismissal of this matter shall convert automatically to a dismissal with prejudice.

Respectfully submitted,

| | |
|---|---|
| s/ Valentin T. Narvaez<br>Consumer Law Group, LLC<br>6232 N. Pulaski, Suite 200<br>Chicago, IL  60646 | s/ John M. Sheldon<br>Wiczer & Sheldon, LLC<br>500 Skokie Blvd., Suite 325<br>Northbrook, Illinois 60062 |